UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAES ENTERPRISES, INC dba ODM, | Civil No. 07cv1828-L(WMc) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [doc. #3]** |
| v. | |
| STADRI INC., *et al.*, | |
| Defendants. | |

Good cause appearing, the parties' joint motion to dismiss the above-captioned case with prejudice is **GRANTED**. Each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: November 29, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28